UNITED STATES COURT OF INTERNATIONAL TRADE

—————————————————————————— :
                                            :
TA CHEN INTERNATIONAL, INC.,                :
                                            :
                 Plaintiff,                 :
                                            :       Before: Richard K. Eaton, Judge
      v.                                     :
                                            :       Court No. 26-03296
THE UNITED STATES OF AMERICA                :
and UNITED STATES CUSTOMS AND               :
BORDER PROTECTION,                          :
                                            :
                 Defendants.                :
                                            :
—————————————————————————— :

**ORDER**

Upon review of the papers and proceedings had herein, it is hereby

**ORDERED** that the stay in this case is lifted sua sponte; it is further

**ORDERED** that the parties are directed to show cause as to why this Court has jurisdiction

under 19 U.S.C. § 1514(a) and 28 U.S.C. § 1581(a) to hear the claims in Plaintiff's complaint

contesting the alleged denial of Plaintiff's protests; it is further

**ORDERED** that by 4:00 p.m. EDT on Wednesday, August 12, 2026, each of the parties

shall file a brief, not longer than 10 pages, in response to this Order to Show Cause; and it is further

**ORDERED** that a hearing on this Order to Show Cause will be held on Thursday,

August 13, 2026, at 11:00 a.m. EDT in Courtroom 1, located at One Federal Plaza, New York,

New York 10278.

                                            _____/s/ Richard K. Eaton_____
                                                         Judge

Dated:  August 5, 2026
        New York, New York